UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY BAAB, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-cv-1088 (RCL) |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFFS' DECLARATION OF SERVICE OF PROCESS**

Plaintiffs Terry Baab and Federal Air Marshals Association, Inc., through counsel file this Declaration of Service of Process. Counsel would further declare:

1. Defendant Michael Chertoff, in his official capacity as Secretary of the Department of Homeland Security, was served with the summons and complaint by U.S. Mail, first class, certified, return receipt requested, postage prepaid on June 7, 2005.

2. Defendant Thomas D. Quinn, in his official capacity as Director of the Federal Air Marshal Service, was served with the summons and complaint by U.S. Mail, first class, certified, return receipt requested, postage prepaid on June 7, 2005.

3. The Honorable Alberto R. Gonzalez, Attorney General of the United States, was served with a copy the summons and complaint by U.S. Mail, first class, certified, return receipt requested, postage prepaid on June 7, 2005.

4. The Honorable Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, was served by service on the U.S. Attorney's civil clerk, with a copy of the summons and complaint, by U.S. Mail, first class, certified, return receipt requested, postage prepaid on June 7, 2005.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

***/s/ Stephen G. DeNigris, Esq.***
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
Attorney for the Plaintiffs
2100 M Street NW Suite 170 - Box 283
Washington, D.C.  20037

Dated: July 17, 2005
      Washington, D.C.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing declaration was mailed by U.S. Mail, first class, postage prepaid on the 18th day of July 2005 to:

Hon. Michael Chertoff
Department of Homeland Security
Washington, DC 20528

Hon. Thomas D. Quinn
Director, Federal Air Marshal Service
Department of Homeland Security
Washington, DC 20528

Hon. Alberto Gonzalez
Attorney General of the United States
U.S. Department of Justice
10th & Constitution Ave NW
Washington, DC 20530

Hon. Kenneth L. Wainstein
U.S. Attorney for the District
of Columbia
c/o Civil Clerk
555 4th Street, NW
Washington, DC 20530

                                                ***/s/ Stephen G. DeNigris, Esq.***
                                                Stephen G. DeNigris, Esq.