UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

<u>APPEARANCE</u>

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that GILLIAN FLORY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel of record for Defendants Michael Chertoff, Secretary, Department of Homeland Security, and Thomas D. Quinn, Director, Federal Air Marshal Service.  Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

                                              Respectfully submitted,

                                              PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SUSAN K. RUDY
Assistant Branch Director


   /s/ Gillian Flory
GILLIAN FLORY (Maryland Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Rm. 7326
Washington, D.C.  20044
(202) 514-4505 phone
(202) 318-8042 fax
gillian.flory@usdoj.gov

Dated:   July 25, 2005                    Attorneys for Defendants

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated: July 25, 2005 　　　　　　　　　　　　　／s／  Gillian Flory
　　　　　　　　　　　　　　　　　　　　　　　GILLIAN FLORY