UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| Department of Homeland MICHAEL CHERTOFF, Secretary, Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Michael Chertoff, Secretary, Department of Homeland Security, and Thomas D. Quinn, Director, Federal Air Marshal Service hereby move for a 30-day extension of time until September 8, 2005, to respond to the Complaint. In support thereof, Defendants state as follows:

1. The Complaint was served on the U.S. Attorney's Office on June 8, 2005, therefore Defendants' response is due no later than August 8, 2005.

2. Additional time is necessary to allow Defendants to prepare an appropriate response to the complaint. Both the undersigned and agency counsel are presently engaged with Defendants' response to a related complaint filed by a different plaintiff in the Central District of California. Defendants' response to this complaint is due on August 5, 2005. In addition, undersigned counsel will be on leave July 29 through August 15, 2005.

3. This is Defendants' first motion for extension of time in this case.

4. Counsel for the Plaintiffs has no objection to the relief requested.

Wherefore, for good cause shown, Defendants are requesting a 30-day extension of time, until September 8, 2005, to respond to the complaint.

                                Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                KENNETH L. WAINSTEIN
                                United States Attorney

                                SUSAN K. RUDY
                                Assistant Branch Director

                                  /s/ Gillian Flory
                                GILLIAN FLORY (Maryland Bar)
                                Trial Attorney
                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                P.O. Box 883, Rm. 7326
                                Washington, D.C.  20044
                                (202) 514-4505 phone
                                (202) 318-8042 fax
                                gillian.flory@usdoj.gov
Dated:   July 25, 2005                Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| Department of Homeland MICHAEL CHERTOFF, Secretary, Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to respond to the complaint, it is hereby

ORDERED that Defendants' Motion for Extension of Time is GRANTED; Defendants shall respond to the complaint no later than September 8, 2005.

SO ORDERED.

Dated: _____          _____
                                         ROYCE C. LAMBERTH
                                         United States District Judge