UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC.,**         Plaintiff,     v.     **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, AND **THOMAS D. QUINN**, Director, Federal Air Marshal Service,         Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1088 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the defendant's Unopposed Motion [4] for Extension of Time in which to respond to the complaint, it is hereby

ORDERED that the defendant's Motion [4] for Extension of Time is GRANTED; and it is further

ORDERED that the defendant must respond to the complaint no later than September 8, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 19, 2005.