## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB**, et. al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-CV-1088(RCL) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL CHERTOFF**, Secretary of the | ) |
| Department of Homeland Security, | ) |
| Washington, D.C. 20528, in his official | ) |
| capacity; et. al. | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABILITY/ABSENCE FROM THE JURISDICTION

Stephen G. DeNigris, Esq., counsel to the Plaintiff, notifies this Honorable Court of his absence of the jurisdiction from September 2, 2005 through September 16, 2005, for vacation. Counsel respectfully requests that the Court schedule no appearances or other matters during this period.

Respectfully submitted,

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
Attorney for the Plaintiff
Fla. Bar No.939943
2100 M Street, N.W. #170- Box 283
Washington, D.C. 20037

(703)416-1036 (voice)
(703)416-1037 (fax)

E-mail: sgd853@aol.com

September 2, 2005

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Plaintiff's Notice of Unavailability/Absence from the Jurisdiction was served by electronic service on the 2nd day of September 2005, to

Gillian N. Flori, Esq.
Assistant Attorney General
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Room 7326
Washington, DC 20044-0883


*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.