UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| Department of Homeland MICHAEL CHERTOFF, Secretary, Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Michael Chertoff, Secretary, Department of Homeland Security, and Thomas D. Quinn, Director, Federal Air Marshal Service, hereby move for a 28-day extension of time, until October 6, 2005, to respond to the Complaint. In support thereof, Defendants state as follows:

1. Pursuant to the Court's Order of August 22, 2005, Defendants' response to the complaint is due no later than September 8, 2005.

2. Additional time is necessary to allow Defendants sufficient time to prepare an appropriate response to the complaint in light of Defendants' revisions to the challenged policy, the vacation and work schedules of several key personnel, and a back injury suffered by the undersigned that has necessitated numerous hours of unexpected sick leave.

3.   Counsel for the Plaintiffs has no objection to the relief requested.

Wherefore, for good cause shown, Defendants are requesting a 28-day extension of time, until October 6, 2005, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SUSAN K. RUDY
Assistant Branch Director


  /s/ Gillian Flory
GILLIAN FLORY (Maryland Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Rm. 7326
Washington, D.C. 20044
(202) 514-4505 phone
(202) 318-8042 fax
gillian.flory@usdoj.gov

Dated:   September 6, 2005          Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| Department of Homeland MICHAEL CHERTOFF, Secretary, Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to respond to the complaint, it is hereby

ORDERED that Defendants' Motion for Extension of Time is GRANTED; Defendants shall respond to the complaint no later than October 6, 2005.

SO ORDERED.

Dated: _____   _____
ROYCE C. LAMBERTH
United States District Judge