UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TERRY M. BABB and FEDERAL AIR       )
MARSHAL ASSOCIATION, INC.,          )
                                    )
       Plaintiffs,                  )
                                    )
  v.                                )   05-cv-1088 (RCL)
                                    )
MICHAEL CHERTOFF, Secretary,        )
Department of Homeland              )
Security, and THOMAS D. QUINN,      )
Director, Federal Air Marshal       )
Service,                            )
                                    )
       Defendants.                  )
_____ )

APPEARANCE

TO THE CLERK OF THE COURT:

   PLEASE TAKE NOTICE that SAMUEL C. KAPLAN, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendants Michael Chertoff, Secretary, Department of Homeland Security, and Thomas D. Quinn, Director, Federal Air Marshal Service.  Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

                          Respectfully submitted,

                          PETER D. KEISLER
                          Assistant Attorney General

                          KENNETH L. WAINSTEIN
                          United States Attorney

                          SUSAN K. RUDY
                          Assistant Branch Director


                            /s/ Samuel C. Kaplan
                          SAMUEL C. KAPLAN
                          GILLIAN FLORY (Maryland Bar)
                          Trial Attorney
                          United States Department of Justice
                          Civil Division, Federal Programs Branch
                          P.O. Box 883, Rm. 7302
                          Washington, D.C.  20044
                          (202) 514-4686 phone
                          (202) 616-8202 fax
Dated:    October 6, 2005    samuel.kaplan@usdoj.gov
                          Attorneys for Defendants

CERTIFICATE OF FAMILIARITY
=

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated: October 6, 2005         /s/ Samuel C. Kaplan
                               SAMUEL C. KAPLAN