UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TERRY M. BABB**, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-CV-1088(RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL CHERTOFF**, Secretary of the | ) | |
| Department of Homeland Security, | ) | |
| Washington, D.C. 20528, in his official | ) | |
| capacity; et. al. | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Terry M. Babb, moves this Honorable court for an order enlarging the time within which to file his opposition to the defendant's motion for to dismiss until November 21, 2005. As further grounds, counsel would state:

1. On October 6, 2005, counsel received the defendant's motion to dismiss.

2. Presently counsel has the following matters pending:

    (a) *Taylor v. New York Division of State Police*, New York Supreme Court, Appellate Division Third Dept., Brief Due October 17, 2005;

    (b) *Cheek v. Basham*, Case No. 04-251 - Opposition to Summary Judgment due October 19, 2005;

    (c) *Fraternal Order of Police v. Pentagon Force Protection Agency*, arbitration October 19, 2005;

    (d) *Burgess v. Las Vegas Metropolitan Police Dep't*, administrative hearing

October 25-28, 2005;

        (e)    Travel to Fort Monmouth, NJ, November 2, 2005;

        (f)    *Anderson v. Dep't of the Navy*, USDC Conn., trial brief due November 4, 2005;

        (g)    *Fraternal Order of Police v. Pentagon Force Protection Agency*, arbitration November 4, 2005;

        (h)    Business Travel to Albany, NY, November 8-14, 2005;

        (i)    *New York State Police v. Police Benevolent Ass'n New York Troopers, Inc.* Oral Argument - NY Supreme Court, Appellate Division, Third Department, November 21, 2005;

    3.    As the Court will note, counsel has an extremely active schedule over the next several weeks.

    4.    Counsel for the plaintiff contacted AUSA Gillian Flory, counsel for the defendant in this matter and she does not object to the extension of time. This is plaintiff's first such request. Moreover, counsel agrees to consent to any extension requested by the defendant.

    5.    Wherefore, counsel respectfully prays that this Honorable Court grant this motion.

        Respectfully submitted,

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
2100 M Street, N.W. Suite 170-283
Washington, DC 20037

Office: (703)416-1036
Fax:    (703)416-1037

Dated: October 18, 2005
      Washington, D.C.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB**, et. al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF**, Secretary of the )<br>Department of Homeland Security, )<br>Washington, D.C. 20528, in his official )<br>capacity; et. al. )<br>Defendants. )<br>_____) | Civil Action No. 05-CV-1088(RCL) |

**O R D E R**

Upon consideration of the plaintiff's consent motion for an enlargement of time and for other good cause shown, it is hereby

**ORDERED** that the plaintiff's motion is **GRANTED / DENIED.** And it is further

**ORDERED** that the plaintiff shall have up to and including November 21, 2005, to file his opposition to the defendant's motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Unopposed Motion for Extension of Time was sent by electronic mail on the 18th day of October 2005, to:

Gillian Flory, Esq.
Assistant United States Attorney
U.S. Dept. of Justice, Civil Division
P.O. Box 833 Rm. 7302
Washington, D.C.  20044

Samuel C. Kaplan, Esq.
Assistant United States Attorney
U.S. Dept. of Justice, Civil Division
P.O. Box 833 Rm. 7302
Washington, D.C.  20044

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.