# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**TERRY M. BABB et al.,**                    )
                                             )
      **Plaintiffs,**                      )
                                             )
      **v.**                              )    **Civil Action No. 05-1088 (RCL)**
                                             )
**MICHAEL CHERTOFF, Secretary,**              )
**Department of Homeland Security, AND**      )
**THOMAS D. QUINN, Director,**                )
**Federal Air Marshal Service,**             )
                                             )
      **Defendants.**                      )
_____)

## <u>ORDER</u>

Upon consideration of the plaintiffs' Unopposed Motion [11] for Enlargement of Time in which to respond to the complaint, it is hereby

ORDERED that the plaintiffs' Motion [11] for Enlargement of Time is GRANTED; and it is further

ORDERED that the plaintiff shall have up to and including November 21, 2005, to file his opposition to the defendants' motion to dismiss.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 18, 2005.