UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 05-cv-1088 (RCL) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and THOMAS D. QUINN, Director, Federal Air Marshal Service, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

　　PLEASE TAKE NOTICE that GILLIAN FLORY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws her appearance in the above-captioned matter as counsel of record for Defendants Michael Chertoff, Secretary, Department of Homeland Security, and Thomas D. Quinn, Director, Federal Air Marshal Service.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | KENNETH L. WAINSTEIN<br>United States Attorney |
|  | SUSAN K. RUDY<br>Assistant Branch Director |
|  |   /s/ Gillian Flory<br>GILLIAN FLORY (Maryland Bar)<br>SAMUEL C. KAPLAN (D.C. Bar No. 463350)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Rm. 7326<br>Washington, D.C. 20044<br>(202) 514-4505 phone<br>(202) 318-8042 fax |
| Dated:   October 20, 2005 | gillian.flory@usdoj.gov<br>Attorneys for Defendants |

- 2 -