UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY BABB, et. al., )<br>)<br>    Plaintiffs, )<br>) <br>v. )<br>)<br>MICHAEL CHERTOFF, et. al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-cv-1088 (RCL) |

**Plaintiff's Unopposed Motion for Extension of
Time in Which to File Opposition to Defendants' Motion to Dismiss**

    Plaintiff Terry Babb, through counsel moves this Honorable Court for an order enlarging the time within which to respond to defendant's motion to dismiss up to an including Monday December 12, 2005. As further grounds, counsel would state:

    1.    On October 19, 2005, counsel sought and was granted an enlargement until November 21, 2005, within which to file his opposition to defendants' motion to dismiss.

    2.    Prior to plaintiff's motion, counsel filed extensive pleadings in opposition to the government's request for summary judgment in *Cheek v. Basham*, Case No. 04-251 USDC (RMC)

    3.    In addition, counsel completed his work on *Taylor v. New York Division of State Police*, Appeal No. 98644, New York Supreme Court Appellate Division Third Dep't. on October 31, 2005.

    4.    At the same time, counsel was also returning to work from several weeks absence because of medical concerns.

    5.    Counsel during the past month had several days of arbitrations in the matter of

*Fraternal Order of Police v. Pentagon Force Protection Agency*, October 19 and November 8, 2005.

6. Counsel was also involved and completed work on pretrial memorandum in the matter of *Anderson v. England*, case No. 03-cv-116 USDC Conn. This case settled on November 3, 2005.

7. Counsel had prescheduled business travel to the following locations:

11/02/2005    Fort Monmouth and Picatinny Arsenal, New Jersey;

11/08/2005 -   Business travel to Albany, NY;

11/09/2005 - 11/11/2005 - Bureau of Engraving and Printing Fort Worth, Texas;

11/14/2005 - 11/16/2005 - San Diego, California in the matter of FOP California Lodge; 12 and the Department of the Navy;

8. Counsel has also been directed to filed an amended complaint in the matter of *Fraternal Order of Police v. Gross*, USDC (GK) by November 21, 2005.

9. Counsel argued an appeal before the New York Supreme Court Appellate Division Third Dep't in the matter of *NYS Police v. PBA of the New York State Troopers, Inc.* on November 21, 2005;

10. The New York Supreme Court ordered counsel in the case *PBA v. New York State Police*, to file supplemental brief on the issue of qualified immunity by November 22, 2005;

11. Counsel is scheduled to appear before Judge Kessler on November 28, 2005, in the Gross matter listed herein.

12. Counsel is currently perfecting an appeal to the U.S. Court of Appeals in the matter of *Carroll v. United States,* due on November 29, 2005.

13. Counsel is preparing for an arbitration in the matter of *Fraternal Order of Police v. Pentagon Force Protection Agency* arbitration December 2, 2005;

14. Counsel is also traveling to Las Vegas, Nevada on November 29, 2005 through December 1, 2005, in the matter of *Hammack v. Las Vegas Metropolitan Police Department.*

15. Counsel for the plaintiff contacted Samuel Kaplan, Esq., attorney for the defendant. He does not oppose plaintiff's request. Counsel for the plaintiff also assured Mr. Kaplan that any enlargement he might need would be unopposed.

Wherefore, counsel respectfully prays that this Honorable Court grant this motion.

Respectfully submitted,

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq,
D.C. Bar No. 440697
Suite 170 - 283
2100 M Street NW
Washington DC 20037

Office:    (703)416-1036
Fax:       (703)416-1037

Dated: November 21, 2005
       Albany, NY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY BABB, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-cv-1088 (RCL) |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Plaintiffs' Motion for Extension of Time in which to file his opposition to Defendants' Motion to Dismiss and for other good cause shown, it is hereby

**ORDERED** that the Plaintiff's Motion is GRANTED/DENIED.  And it is further

**ORDERED** that the plaintiff will have up to and including December 12, 2005, within which to file his opposition to the Defendants' Motion to Dismiss.

Dated: November _____, 2005
Washington, DC

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Motion for Extension of Time was sent by electronic-mail on the 21st day of November 2005 to:

Samuel C. Kaplan, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 514-4686
Fax: (202) 616-8202
Email: samuel.kaplan@usdoj.gov


       */s/ Stephen G. DeNigris, Esq.*