UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No. 05-1088 (RCL)** |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **Department of Homeland Security, AND** ) | |
| **THOMAS D. QUINN, Director,** ) | |
| **Federal Air Marshal Service,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the plaintiffs' Motion [14] for Enlargement of Time in which to file his opposition to defendants' motion to dismiss and for other good cause shown, it is hereby

ORDERED that the plaintiffs' Motion [14] is GRANTED; and it is further

ORDERED that the plaintiff shall have up to and including December 12, 2005, to file his opposition to the defendants' motion to dismiss.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 21, 2005.