UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, THOMAS D. QUINN, Director, Federal Air Marshal Service | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander K. Haas will appear in this action on behalf of the defendants on a temporary basis while Mr. Samuel Kaplan is on leave related to the birth of his first child. Copies of all pleadings in the above-captioned case should be sent to Mr. Haas and Mr. Kaplan jointly.

Until Mr. Kaplan returns to the office in late January, all future correspondence and other communications regarding this case should be directed to Mr. Haas at the following addresses:

**FOR U.S. MAIL**  Alexander K. Haas
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044

**FOR COURIER AND HAND DELIVERIES**  Alexander K. Haas
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7328
Washington, D.C. 20001

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Haas may be reached by phone at (202) 307-3937. Faxes for Mr. Haas should be sent to (202) 616-8470 and Mr. Haas may be reached by electronic mail at Alexander.Haas@usdoj.gov.

Dated: December 13, 2005                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SUSAN K. RUDY
Assistant Branch Director


    /s/ Alexander K. Haas
SAMUEL C. KAPLAN (D.C. Bar No. 463350)
ALEXANDER K. HAAS (CA Bar No. 220932)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 307-3937 (tel.) / (202) 616-8202 (fax)
*Counsel for Defendants*