UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, THOMAS D. QUINN, Director, Federal Air Marshal Service | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF AN EXTENSION OF TIME TO FILE REPLY**

Defendants hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a forty-six day extension of time, to Monday, February 6, 2006, in which to file a reply in support of the defendants' pending motion to dismiss. Plaintiffs' counsel is unopposed to this motion. A proposed order is attached.

In support of the motion, the defendants state as follows:

1. Defendants timely filed the pending motion to dismiss on October 6, 2005, after the Court granted defendants' two unopposed motions for extensions of time to answer. See Docket Entries 4-5 & 7-8.

2. On October 18, 2005, plaintiffs sought an extension of time to file the opposition to this motion. Defendants did not oppose this request and the Court granted the requested extension.

3. On November 21, 2005, plaintiffs sought an additional three-week extension of time in which to file the opposition and defendants again did not oppose this request. The Court also granted this requested extension and plaintiffs timely filed the opposition on December 12, 2005.

4. Defendants intend to file a reply supporting the pending motion to dismiss and unless the relief requested herein is granted, defendants would need to file a reply by Thursday, December 22, 2005. See L. Civ. R. 7(d) & Fed. R. Civ. P. 6(e).

5. Lead counsel for the United States and his wife had their first child on Monday, November 28, 2005, and he is currently on leave until mid-to-late January. Therefore, the additional time is needed to enable lead counsel to return to the office and to prepare the reply brief.

6. Granting the extension for the defendants to file a reply will promote a prompt adjudication of the issues in this case.

7. This is the first such motion for an extension of time with respect to a proposed reply brief in support of the pending motion to dismiss.

Pursuant to Local Rule 7(m), undersigned counsel for the defendants consulted with plaintiffs' counsel, Mr. Stephen DeNigris, on Tuesday, December 13, 2005, seeking his consent to this extension of time. Plaintiffs' counsel does not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the Defendants respectfully request that the time to file a reply in support of the pending motion to dismiss be extended until Monday, February 6, 2006.

Dated: December 13, 2005            Respectfully Submitted:

                                    PETER D. KEISLER

Assistant Attorney General

KENNETH WAINSTEIN
United States Attorney

SUSAN K. RUDY
Assistant Branch Director


    */s/ Alexander K. Haas*
SAMUEL C. KAPLAN (D.C. Bar No. 463350)
ALEXANDER K. HAAS (CA Bar No. 220932)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 307-3937 (tel.) / (202) 616-8202 (fax)