UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-1088 (RCL) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, THOMAS D. QUINN, Director, Federal Air Marshal Service | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time to File a Reply and for good cause shown, it is hereby:

ORDERED that Defendants' Unopposed Motion for an Extension of Time is GRANTED;

FURTHER ORDERED that Defendants' shall file their reply in support of the pending motion to dismiss by no later than Monday, February 6, 2006.

SO ORDERED.

Dated: _____          _____
                                                                                  ROYCE C. LAMBERTH
                                                                                  United States District Judge