UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1088 (RCL) |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **Department of Homeland Security, AND** ) | |
| **THOMAS D. QUINN, Director,** ) | |
| **Federal Air Marshal Service,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of defendants' unopposed motion [18] for Enlargement of Time in which to file a reply and for other good cause shown, it is hereby

ORDERED that defendants' Motion [18] is GRANTED; and it is further

ORDERED that defendants shall have up to and including February 6, 2006, to file their reply.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 13, 2005.