UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY M. BABB and FEDERAL AIR MARSHAL ASSOCIATION, INC.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**MICHAEL CHERTOFF, Secretary, Department of Homeland Security, AND THOMAS D. QUINN, Director, Federal Air Marshal Service,**<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1088 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendants' Motion [9] to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that Defendants' Motion [9] to Dismiss is GRANTED, and this case is hereby dismissed. It is further

ORDERED that Plaintiffs' un-docketed Motion for Leave to Amend Complaint is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 16, 2006.